STATE OF OREGON,
*Respondent,*

*v.*

ALAN RICHARD MITCHELL,
*Appellant.*

02CR0359; A122391

118 P3d 836

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. Louis R. Miles, Deputy Public Defender, filed the supplemental brief.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez*, 197 Or App 496, 106 P3d 670, *adh'd to on recons*, 199 Or App 521, 112 P3d 433 (2005); *State v. Fuerte-Coria*, 196 Or App 170, 100 P3d 773 (2004), *rev den*, 338 Or 16 (2005).

---

* Schuman, J., *vice* Richardson, S. J.